```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DAVID RUIZ                                    :      Case No.: 1:21-cv-324-WFK-SJB
                    Plaintiff,                :
                                              :
       - against -                            :
                                              :
                                              :
SELIP & STYLIANOU, LLP,                       :
                    Defendant.                :
---------------------------------------------------------------- X
```

# NOTICE OF VOLUNTARY DISMISSAL BY THE PLAINTIFF AGAINSTS ALL DEFENDANTS PURSUANT TO RULE 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismiss the pending action with prejudice.

Dated: April 23, 2021

    Brooklyn, New York

                                                /s/ Joseph Balisok_____
                                              Joseph Balisok, Esq.
                                              251 Troy Ave
                                              Brooklyn, NY 11213
                                              Office (718) 928-9607
                                              Fax (718) 534-9747
                                              Joseph@LawBalisok.com
                                              Attorney for Plaintiff